```
             IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,         :
            v.                    : Case No. 3:14-cr-12-KRG-KAP
JOHN D. MALDEN,                   :
            Movant                :
```

### Order

The motions filed by movant John Malden at ECF no. 58, ECF no. 61, and ECF no. 62 were referred to Magistrate Judge Keith A. Pesto in accordance with the Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation on May 26, 2020, ECF no. 64, recommending that the motions at ECF no. 61 and ECF no. 62 be denied. The Magistrate Judge had previously filed a Report and Recommendation at ECF No. 60, recommending that the motion at ECF no. 58 be denied.

The parties were in both cases notified pursuant to 28 U.S.C.§ 6363(b)(1), that they had fourteen days to file written objections to the Report and Recommendation. No objections have been filed and the time to do so has expired.

After review of the record of this matter and the Report and Recommendation under the "reasoned consideration" standard, see EEOC v. City of Long Branch, 866 F.3d 93, 100 (3d Cir.2017)(standard of review when no timely and specific objections are filed), the following order is entered:

AND NOW, this 29th day of June 2020, it is ORDERED that the motions at ECF no. 58, ECF no. 61, and ECF no. 62 are denied as recommended in the Reports and Recommendations at ECF no. 60, and ECF no. 64, which are adopted as the opinion of the Court.

BY THE COURT:

_____
KIM R. GIBSON
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

John Malden, Reg. No. 11234-068
F.C.I. Bennettsville
P.O. Box 52020
Bennettsville SC 29512